IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL WILSON                                                              PLAINTIFF

VS.                        CASE NO. 3:08-CV-71 HLJ

MICHAEL J. ASTRUE,                                                         DEFENDANT
Commissoner, Social
Security Administration

# JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that Defendant's motion for remand is granted and this cause is remanded to the Commissioner for further action. This is a sentence four remand within the meaning of 42 U.S.C. § 405(g) and Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED this 28th day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE